*State, Respondent, v. Norris, Petitioner,* No. 73887-4. Petition for review of a decision of the Court of Appeals, No. 20711-1-III, March 6, 2003, 116 Wn. App. 1006. *Denied* November 4, 2003.

*State, Respondent, v. Swecker, Petitioner. In re Pers. Restraint of Swecker, Petitioner,* No. 73888-2. Petition for review of a decision of the Court of Appeals, Nos. 20258-5- -III; 21097-9-III; 20730-7-III, January 14, 2003, 115 Wn. App. 1007. *Denied* November 4, 2003.

*State, Respondent, v. Everette, Petitioner. In re Pers. Restraint of Everette, Petitioner,* No. 73889-1. Petition for review of a decision of the Court of Appeals, Nos. 20687-4- -III; 21034-1-III, March 6, 2003, 116 Wn. App. 1006. *Denied* November 4, 2003.

*State, Respondent, v. Everette, Petitioner. In re Pers. Restraint of Everette, Petitioner,* No. 73890-4. Petition for review of a decision of the Court of Appeals, Nos. 20279-8- -III; 20599-1-III, March 6, 2003, 116 Wn. App. 1005. *Denied* November 4, 2003.

*Mendoza, et al., Respondents, v. Rivera-Chavez, et al., Defendants, Leader Nat'l Ins., Petitioner,* No. 73891-2. Petition for review of a decision of the Court of Appeals, No. 20457-0-III, February 25, 2003, 115 Wn. App. 1048. *Denied* November 4, 2003.

*State, Respondent, v. Wentz, Petitioner,* No. 73896-3. Petition for review of a decision of the Court of Appeals, No. 50172-1-I, March 31, 2003, 116 Wn. App. 1026. *Denied* November 4, 2003.

*AK Media/NW, Petitioner, v. City of Issaquah, Respondent,* No. 73897-1. Petition for review of a decision of the Court of Appeals, No. 50376-6-I, February 18, 2003, 115 Wn. App. 1044. *Denied* November 4, 2003.